No. 2129.—S. GOSSELIN v. A. B. WOMACK and D. W. THOMPSON.

An action will not lie to enforce a contract, the consideration of which is shown to be the price of the sale of slaves, nor will an action lie to compel the vendor to return the portion of the price paid before emancipation. Wainwright v. Bridges, 19 An. 234.

APPEAL from the Sixth Judicial District Court, parish of St. Helena, *Ellis*, J. *Wilson*, for plaintiff and appellee. *Pipkin & Hunter*, for defendants and appellants.

HOWELL, J. This suit is brought on a written obligation, dated December 2, 1865, to pay two thousand four hundred pounds of ginned cotton or $960, with eight per cent. interest. The defense is, that said instrument was given in part payment of certain slaves sold on third of March, 1865, by plaintiff to the defendant, A. B. Womack, who claims in reconvention the return of two thousand five hundred and forty-seven pounds of cotton given by him in part execution of said contract of sale, or its market value.

The cause was twice tried before a jury, who found a verdict each time against both parties, and the defendant Womack has appealed from a judgment on the second verdict. He contends that under the authority of the case of Finn v. Carr, 19 A. 106, he is entitled to recover back the portion of the price paid on a void contract.

We consider that case overruled by the subsequent case of Wainwright v. Bridges, 19 A. 234, and the now well established jurisprudence of this State, under which neither party to such contracts can successfully invoke the aid of the courts. The fact that the transaction occurred after emancipation can avail the vendee no more than the vendor. Both are equally implicated in the wrong.

Judgment affirmed with costs.

---

No. 2090.—In the matter of CHRISTOPHE DOCTEUR—MATHIAS SCHU-MERT, Assignee v. MRS. M. A. TAMBOURY and her Husband.

An appeal from a judgment annulling a seizure made under a writ of *fi. fa.* will be dismissed where the record does not show that the value of the rights seized is above five hundred dollars.

APPEAL from the Second District Court of New Orleans, *Duvigneaud*, J. *John S. Tully*, for assignee and appellant. *Cyprien Dufour*, for appellees.

TALIAFERRO, J. This case is before us upon an appeal from a judgment annulling a seizure under a writ of *fi. fa.* We find nothing in the record showing the value of the rights seized, nor anything authorizing this court to take jurisdiction of the matter.

It is therefore ordered, adjudged and decreed that this appeal be dismissed at appellant's costs.